UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STACI LUNDEEN et al.,

       Plaintiffs,

 -against-

KRUCIAL STAFFING, LLC and
BRIAN M. CLEARY V,

       Defendant.

------------------------------------- X

ORDER

21 Civ. 1071 (GBD)

GEORGE B. DANIELS, District Judge:

  The initial conference scheduled for June 9, 2021 at 9:30 am is hereby cancelled. An oral argument on Defendants' Motion to Dismiss the Complaint, (ECF 16), is scheduled for August 4, 2021 at 11:00 am.

Dated: June 1, 2021
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE