UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STACI LUNDEEN et al.,

                Plaintiffs,

-against-

KRUCIAL STAFFING, LLC and
BRIAN M. CLEARY V,

                Defendant.

------------------------------------- X

ORDER

21 Civ. 1071 (GBD)

GEORGE B. DANIELS, District Judge:

The Parties' request to adjourn the oral argument scheduled for August 4, 2021, (ECF No. 28), is GRANTED. Oral argument on Defendants' Motion to Dismiss the Complaint, (ECF No. 16), is adjourned until September 29, 2021 at 11:00 a.m.

Dated: June 8, 2021
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE