**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

STACI LUNDEEN et al.,

                              Plaintiffs,

     -against-

KRUCIAL STAFFING, LLC and
BRIAN M. CLEARY V,

                            Defendants.

------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: SEP 1 6 2021

ORDER

21 Civ. 1071 (GBD)

GEORGE B. DANIELS, District Judge:

     The oral argument on Defendants' Motion to Dismiss the Complaint, (ECF No. 16), is rescheduled from September 29, 2021 to September 28, 2021 at 11:30 a.m.

Dated: September 15, 2021
      New York, New York

                                                     SO ORDERED.

                                                     GEORGE B. DANIELS
                                                     UNITED STATES DISTRICT JUDGE