UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STACI LUNDEEN, OANH LAM, CARLISSA
STRAFFORD, TONYA OLVERA, SHANNON
HANSEN, KAYLA MILLER, CATRINA RUGAR,
JAIME RECTOR, JAQUELINE MARSTOP,
AUNDREA HARRIS, and JOSHUA TEDESCO,

                                Plaintiffs,

      -against-                                         21 **CIVIL** 1071 (GBD)

## JUDGMENT

KRUCIAL STAFFING, LLC and BRIAN M.
CLEARY V.,

                                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 7, 2022, Defendants' motion to dismiss the First Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 7, 2022

                                                                    RUBY J. KRAJICK
                                                                    Clerk of Court

                                         BY:
                                                                       **Deputy Clerk**